**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ARNELL SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-03879-SCJ-JSA |
| | ) | |
| TJX COMPANIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S PLEADING**
**TO THE MERITS AND REQUEST FOR A STATUS CONFERENCE**

Defendant MARSHALLS OF MA, INC., incorrectly identified by Plaintiff

as TJX Companies, Inc., by its attorneys and pursuant to Federal Rule of Civil

Procedure 7 and LR 7.1, NDGa., respectfully moves the Court to strike Plaintiff's

Pleadings to the Merits (Dkt. No. 39) and requests a status conference to determine

the scope of Plaintiff's remaining claims and to receive guidance on how the action

should proceed.  In support of its motion, Defendant states as follows:

1.      On November 6, 2012, Plaintiff filed his Complaint, bringing claims

of gender discrimination and retaliation under Title VII of the Civil Rights Act of

1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII").  (Dkt. No. 6.)

2.      On February 19, 2013, Defendant timely filed a Partial Motion to

Dismiss Plaintiff's Complaint ("Motion to Dismiss").  On July 29, 2013, the Court

issued its Order and Non-final Report and Recommendation on a Motion to Dismiss ("R&R Order"), recommending that the Motion to Dismiss be granted in part and denied in part. (Dkt. No. 40.)

3.      On March 6, 2013, Defendant moved to stay all discovery and pre-trial deadlines ("Motion to Stay"), pending the Court's ruling on the Motion to Dismiss. (Dkt. No. 21.)  On March 27, 2013, the Court granted Defendant's Motion to Stay.[1]  (Dkt. No. 27.)

4.      On April 23, 2013, Plaintiff filed a motion for leave to file an amended complaint ("Motion to Amend"). (Dkt. No. 32.)  On May 10, 2013, Defendant filed an opposition to Plaintiff's Motion to Amend. (Dkt. No. 33.)  In its R&R Order, the Court granted Plaintiff's Motion to Amend to the extent Plaintiff sought to add Marshalls of MA, Inc. as a defendant and otherwise denied the Motion to Amend because the remaining amendments Plaintiff proposed were futile. (Dkt. No. 40.)

5.      On May 31, 2013, Plaintiff filed what the Court construed in its R&R Order as a second motion for leave to amend his Complaint ("Second Motion to Amend"). (Dkt. No. 34.)  On June 14, 2013 and out of an abundance of caution, Defendant filed its answer to the Second Motion to Amend, presuming that

---

[1]      Defendant presumes that discovery remains stayed until District Judge Jones enters an order regarding the R&R Order.

Plaintiff had filed an amended complaint because the Second Motion to Amend was not titled and contained several pages of handwritten factual allegations. (Dkt. No. 36.)  In its R&R Order, the Court granted the Second Motion to Amend to the extent Plaintiff sought to include a gender discrimination claim premised on the March 18, 2013 Charge of Discrimination that he filed with the Equal Employment Opportunity Commission and denied the remaining portions of the Second Motion to Amend. (Dkt. No. 40.)

6.      On July 26, 2013, prior to receiving the Court's R&R Order, Plaintiff filed his Pleading to the Merits, which contains several pages of new and substantive allegations regarding his claims against Defendant. (Dkt. No. 39.)

7.      Like his prior filings, the Pleading to the Merits is "confusing and largely non-compliant," and has continued to "significantly confuse[]" this action. (Dkt. No. 40 at 7.)  Although not entirely clear, Plaintiff appears to be using the Pleading to the Merits as a means to further amend his Complaint and add new claims against Defendant.

8.      Plaintiff failed to seek leave from the Court or opposing counsel to file the Pleading to the Merits, which violates Federal Rule of Civil Procedure 15(a)(2).  In addition, the Pleading to the Merits contains new and numerous allegations that do not relate to Plaintiff's Complaint or the amendments permitted

by the R&R Order.   Therefore, Plaintiff's Pleading to the Merits should be stricken.  *See, e.g., Hay v. Bank of Am.*, No. 1:12-cv-01596-RWS, 2013 WL 1339729, at *2 (N.D. Ga. Mar. 29, 2013) ("Because Plaintiff did not obtain leave of Court or written consent from the opposing parties before filing his Amended Complaint, the Amended Complaint is untimely and Defendants' Motion to Strike is GRANTED.") (emphasis in original).

9.      Defendant also requests a status conference with the Court to discuss the scope of Plaintiff's claims and to seek the Court's guidance on how the action should proceed.  Defendant reasonably believes that a status conference at this stage of the proceedings will be useful in preserving judicial resources, minimizing costs as the action progresses, and, hopefully, stopping the various non-compliant and confusing pleadings that have been filed to date.

WHEREFORE, Defendant respectfully requests that this Court strike Plaintiff's Pleading to the Merits (Dkt. No. 39) and schedule a status conference to assist the parties in managing this action going forward.  A full explanation of the basis for this motion is set forth herein; thus, no supporting memorandum has been filed, as it would serve no useful purpose.  A proposed Order is attached hereto for this Court's consideration.

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)</u>

Pursuant to LR 7.1D, NDGa., counsel for Defendant certifies that this motion has been prepared in Times New Roman 14 point, one of the fonts approved in LR 5.1C, NDGa.

Respectfully submitted,

MARSHALLS OF MA, INC.

By <u>s/ Erin McPhail Wetty</u>

Alex S. Drummond
Georgia Bar No. 231116
adrummond@seyfarth.com
Erin McPhail Wetty
Georgia Bar No. 165259
ewetty@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Date:  August 6, 2013

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ARNELL SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:12-cv-03879-SCJ-JSA |
| | ) |
| TJX COMPANIES, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2013, I filed **DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S PLEADING TO THE MERITS AND REQUEST FOR A STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system.  I also certify that I mailed by the United States Postal Service a true and correct copy of the foregoing document to the following non-CM/ECF participant:

> Arnell Smith (*pro se* Plaintiff)
> 89 Ellis Street N.E.
> Atlanta, Georgia  30303

> s/ Erin McPhail Wetty
> Counsel for Defendant
> Georgia Bar No. 165259

15935094v.1